# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: MAHRU, DANIEL S | § | Case No. 08-33872 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 11, 2008. The undersigned trustee was appointed on December 11, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $        91,512.63

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 57.74 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 610.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 90,844.89 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/07/2009 and the deadline for filing governmental claims was 08/07/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,795.13. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,795.13, for a total compensation of $7,795.13.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $2.27, for total expenses of $2.27.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/11/2010          By:/s/RICHARD M. FOGEL
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-33872  
**Case Name:** MAHRU, DANIEL S  
**Period Ending:** 10/11/10

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 12/11/08 (f)  
**§341(a) Meeting Date:** 01/22/09  
**Claims Bar Date:** 08/07/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cash on hand | 400.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | Financial accounts, financial institution shares | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 3 | Financial accounts, financial institution shares | 105.39 | 5.39 | DA | 0.00 | 0.00 |
| 4 | Household goods and furnishings (See Footnote) | 7,000.00 | 7,000.00 | | 7,000.00 | FA |
| 5 | Books, art, antiques and collectibles (See Footnote) | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 6 | Wearing apparel | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | Furs and jewelry | 2,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | Interests in insurance policies | 0.00 | 0.00 | | 0.00 | 0.00 |
| 9 | Interests in insurance policies | 1,099.79 | 0.00 | DA | 0.00 | 0.00 |
| 10 | IRA, ERISA, Keogh, pension, profit sharing plan | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | Stock and interests in businesses- Automatic Ice (See Footnote) | 0.00 | 0.00 | | 20,000.00 | FA |
| 12 | Stock and interests in businesses- Mahru CDEC | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13 | Stock and interests in businesses- Radian Dev. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14 | Stock and interests in businesses (See Footnote) | 1,883.80 | 1,883.80 | | 1,500.00 | FA |
| 15 | Stock and interests in businesses- New Mex FF | 0.00 | 0.00 | | 0.00 | 0.00 |
| 16 | Stock and interests in businesses- Pollution Res | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17 | Gov't and corporate bonds and other instruments (See Footnote) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18 | Gov't and corporate bonds and other instruments (See Footnote) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 19 | Accounts receivable (See Footnote) | Unknown | 0.00 | DA | 610.00 | 0.00 |
| 20 | Other liquidated debts owing debtor- tax refund | 19,500.00 | 19,500.00 | | 23,589.86 | FA |
| 21 | Death benefit plan, life insurance, or trust (See Footnote) | 14,000.00 | 10,000.00 | | 13,000.00 | FA |
| 22 | Unscheduled tax refunds (u) | 0.00 | 20,000.00 | | 24,255.41 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 57.36 | Unknown |
| 23 | Assets  Totals (Excluding unknown values) | $48,988.98 | $59,889.19 | | $91,512.63 | $0.00 |

RE PROP# 4   Per o/c 6-24-09

Printed: 10/11/2010 07:35 AM   V.12.54

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-33872  
**Case Name:** MAHRU, DANIEL S  
**Period Ending:** 10/11/10

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 12/11/08 (f)  
**§341(a) Meeting Date:** 01/22/09  
**Claims Bar Date:** 08/07/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| RE PROP# 5    Per o/c 6-24-09 | | | | | |
| RE PROP# 11   Per o/c 6-24-09 | | | | | |
| RE PROP# 14   Per o/c 6-24-09 | | | | | |
| RE PROP# 17   Claim against Antoin Rezko | | | | | |
| RE PROP# 18   Claim against John Thomas | | | | | |
| RE PROP# 19   Rezko promissory note. Proof of claim filed 4-23-10. Sold for $6,000 but buyer refused to close. To be abandoned at final hearing. | | | | | |
| RE PROP# 21   Gertrude Mahru trust-jewelry. Per o/c 6-24-09 | | | | | |

**Major Activities Affecting Case Closing:**

Completion of income tax returns and preparation of final report.

**Initial Projected Date Of Final Report (TFR):**   June 30, 2010          **Current Projected Date Of Final Report (TFR):**   June 30, 2010

Exhibit B

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-33872 | Trustee: | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- |
| Case Name: | MAHRU, DANIEL S | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | \*\*\*-\*\*\*\*\*66-19 - Time Deposit Account |
| Taxpayer ID #: | \*\*-\*\*\*1873 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/11/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 12/09/09 | | FUNDING ACCOUNT: \*\*\*\*\*\*\*\*6665 | Transfer to CD account | 9999-000 | 60,000.00 | | 60,000.00 |
| 01/08/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 7.40 | | 60,007.40 |
| 02/08/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 7.64 | | 60,015.04 |
| 02/09/10 | | To Account #\*\*\*\*\*\*\*\*6665 | Close CD via CD Rollover | 9999-000 | | 60,015.04 | 0.00 |
| | | | ACCOUNT TOTALS | | 60,015.04 | 60,015.04 | $0.00 |
| | | | Less: Bank Transfers | | 60,000.00 | 60,015.04 | |
| | | | Subtotal | | 15.04 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $15.04 | $0.00 | |

{} Asset reference(s)     Printed: 10/11/2010 07:35 AM   V.12.54

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-33872 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | MAHRU, DANIEL S | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****66-65 - Money Market Account |
| Taxpayer ID #: | **-***1873 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/11/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/15/09 | | ADAM MAHRU BEST INTEREST TRUST | Proceeds of sale per o/c 6-24-09 | | 10,750.00 | | 10,750.00 |
| | {4} | | Sale of personal property  7,000.00 | 1129-000 | | | 10,750.00 |
| | {5} | | Sale of personal property  1,500.00 | 1129-000 | | | 10,750.00 |
| | {14} | | Sale of personal property  1,500.00 | 1129-000 | | | 10,750.00 |
| | {11} | | Sale of personal property  750.00 | 1129-000 | | | 10,750.00 |
| 07/15/09 | {11} | BENJAMIN MAHRU IRREVOCABLE TRUST | Proceeds of sale per o/c 6-24-09 | 1129-000 | 10,750.00 | | 21,500.00 |
| 07/15/09 | | REBAKAH MAHRU IRREVOCABLE TRUST | Proceeds of sale per o/c 6-24-09 | | 10,750.00 | | 32,250.00 |
| | {11} | | Sale of personal property  8,500.00 | 1129-000 | | | 32,250.00 |
| | {21} | | Sale of personal property  2,250.00 | 1129-000 | | | 32,250.00 |
| 07/15/09 | {21} | RYAN MAHRU IRREVOCABLE TRUST | Proceeds of sale per o/c 6-24-09 | 1129-000 | 10,750.00 | | 43,000.00 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.93 | | 43,000.93 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.81 | | 43,002.74 |
| 09/22/09 | {20} | TISHLER & WALD, LTD. | Non-exempt 2004 federal income tax refund | 1124-000 | 23,589.86 | | 66,592.60 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.01 | | 66,594.61 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.71 | | 66,597.32 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.80 | | 66,600.12 |
| 12/09/09 | | ACCOUNT FUNDED: ********6619 | Transfer to CD account | 9999-000 | | 60,000.00 | 6,600.12 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.93 | | 6,601.05 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,601.31 |
| 02/09/10 | | From Account #********6619 | Close CD via CD Rollover | 9999-000 | 60,015.04 | | 66,616.35 |
| 02/10/10 | | To Account #********6666 | Account Transfer | 9999-000 | | 57.74 | 66,558.61 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.71 | | 66,560.32 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.98 | | 66,563.30 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.45 | | 66,563.75 |
| 04/06/10 | | Wire out to BNYM account 9200******6665 | Wire out to BNYM account 9200******6665 | 9999-000 | -66,563.75 | | 0.00 |
| | | | ACCOUNT TOTALS | | 60,057.74 | 60,057.74 | $0.00 |
| | | | Less: Bank Transfers | | -6,548.71 | 60,057.74 | |
| | | | Subtotal | | 66,606.45 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $66,606.45 | $0.00 | |

{} Asset reference(s)    Printed: 10/11/2010 07:35 AM   V.12.54

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 08-33872 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | MAHRU, DANIEL S | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****66-66 - Checking Account |
| Taxpayer ID #: | **-***1873 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/11/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/10/10 | | From Account #********6665 | Account Transfer | 9999-000 | 57.74 | | 57.74 |
| 02/10/10 | 101 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 57.74 | 0.00 |
| | | | ACCOUNT TOTALS | | 57.74 | 57.74 | $0.00 |
| | | | Less: Bank Transfers | | 57.74 | 0.00 | |
| | | | Subtotal | | 0.00 | 57.74 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $57.74 | |

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 08-33872 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | MAHRU, DANIEL S | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******66-65 - Money Market Account |
| Taxpayer ID #: | **-***1873 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/11/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6665 | Wire in from JPMorgan Chase Bank, N.A. account ********6665 | 9999-000 | 66,563.75 | | 66,563.75 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 3.19 | | 66,566.94 |
| 05/25/10 | {22} | TISHLER & WALD | Debtor's share of 2007 & 2008 federal income tax refunds | 1224-000 | 24,255.41 | | 90,822.35 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 4.23 | | 90,826.58 |
| 06/07/10 | {19} | JM PARTNERS LLC | Deposit toward purchase of Rezko note claim | 1129-000 | 610.00 | | 91,436.58 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 5.26 | | 91,441.84 |
| 07/27/10 | | To Account #9200******6666 | Account Transfer- refund deposit | 9999-000 | | 610.00 | 90,831.84 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 5.43 | | 90,837.27 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 5.39 | | 90,842.66 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.23 | | 90,844.89 |
| | | | ACCOUNT TOTALS | | 91,454.89 | 610.00 | $90,844.89 |
| | | | Less: Bank Transfers | | 66,563.75 | 610.00 | |
| | | | Subtotal | | 24,891.14 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $24,891.14 | $0.00 | |

{} Asset reference(s)

Printed: 10/11/2010 07:35 AM    V.12.54

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 08-33872 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | MAHRU, DANIEL S | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******66-66 - Checking Account |
| Taxpayer ID #: | **-***1873 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/11/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/27/10 | | From Account #9200******6665 | Account Transfer- refund deposit | 9999-000 | 610.00 | | 610.00 |
| 07/29/10 | 10102 | JM PARTNERS LLC | Refund earnest money- Rezko claim | 8500-002 | | 610.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 610.00 | 610.00 | $0.00 |
| | | | Less: Bank Transfers | | 610.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 610.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $610.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TIA # ***-*****66-19 | 15.04 | 0.00 | 0.00 |
| MMA # ***-*****66-65 | 66,606.45 | 0.00 | 0.00 |
| Checking # ***-*****66-66 | 0.00 | 57.74 | 0.00 |
| MMA # 9200-******66-65 | 24,891.14 | 0.00 | 90,844.89 |
| Checking # 9200-******66-66 | 0.00 | 610.00 | 0.00 |
| | $91,512.63 | $667.74 | $90,844.89 |

{} Asset reference(s)  Printed: 10/11/2010 07:35 AM   V.12.54

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-33872
Case Name: MAHRU, DANIEL S
Trustee Name: RICHARD M. FOGEL

**Balance on hand:**  $   90,844.89

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   90,844.89

UST Form 101-7-TFR (10/1/2010)

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee, Fees - RICHARD M. FOGEL | 7,795.13 | 0.00 | 7,795.13 |
| Trustee, Expenses - RICHARD M. FOGEL | 2.27 | 0.00 | 2.27 |
| Attorney for Trustee, Fees - SHAW GUSSIS FISHMAN GLANTZ | 3,024.00 | 0.00 | 3,024.00 |
| Attorney for Trustee, Expenses - SHAW GUSSIS FISHMAN GLANTZ | 110.67 | 0.00 | 110.67 |
| Accountant for Trustee, Fees - LARRY G. GOLDSMITH | 8,728.00 | 0.00 | 8,728.00 |

Total to be paid for chapter 7 administration expenses: $ 19,660.07
Remaining balance: $ 71,184.82

UST Form 101-7-TFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for priority claims:   $         0.00
Remaining balance:   $    71,184.82

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 68,462,448.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Richard Wexner & Richard Greenberg | 94,687.00 | 0.00 | 98.46 |
| 2 | Fortunee Massuda | 2,500,000.00 | 0.00 | 2,599.42 |
| 3 | William M. Mahru/Heartland Production PSP | 251,720.84 | 0.00 | 261.74 |
| 4 | Board Managers Vanguard Lofts | 4,533.30 | 0.00 | 4.72 |
| 6A | Much Shelist Denenberg Ament & Rubenstein, P.C. | 87,798.15 | 0.00 | 91.29 |
| 7 | PYOD LLC, as assignee of Citibank | 12,796.63 | 0.00 | 13.31 |
| 8 | Ostrow Reisin Berk & Abrams, Ltd. | 15,450.00 | 0.00 | 16.06 |
| 9 | Gould & Ratner | 28,125.90 | 0.00 | 29.24 |
| 10 | Furr & Cohen | 9,811.45 | 0.00 | 10.20 |
| 11 | Levenfeld Pearlstein, LLC | 1,348.60 | 0.00 | 1.40 |
| 12 | American Express Centurion Bank | 8,498.04 | 0.00 | 8.84 |
| 13 | M&I Marshall & Isley Bank | 3,812,523.61 | 0.00 | 3,964.12 |
| 14 | Pinrey LLC | 178,119.00 | 0.00 | 185.20 |
| 15 | Neal, Gerber & Eisenberg | 232,970.35 | 0.00 | 242.23 |
| 16 | CHB Financial Place, LLC | 5,144,548.27 | 0.00 | 5,349.12 |
| 17 | CHB Uptown Properties, LLC | 5,144,548.27 | 0.00 | 5,349.12 |
| 18 | Vermont Academy | 8,414.39 | 0.00 | 8.75 |
| 19 | RBS Citizens, National Association | 6,516,276.43 | 0.00 | 6,775.39 |
| 20 | Alfred N. Koplin | 4,679,798.53 | 0.00 | 4,865.89 |
| 21 | DLA Piper LLP (US) | 69,352.66 | 0.00 | 72.11 |
| 22 | Inland Bank and Trust | 587,893.29 | 0.00 | 611.27 |
| 23 | Semir D. Sirazi | 39,073,233.32 | 0.00 | 40,626.94 |

Total to be paid for timely general unsecured claims: $ 71,184.82

Remaining balance: $ 0.00

UST Form 101-7-TFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (10/1/2010)**