## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: MAHRU, DANIEL S. | § | Case No. 08-33872 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on November 30, 2010 in Courtroom 742**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:   October 25, 2010_____          By:   /s/ Richard M. Fogel_____
                                                            Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: MAHRU, DANIEL S                                §   Case No. 08-33872
                                                      §
                                                      §
Debtor(s)                                             §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 91,512.63 |
| *and approved disbursements of* | $ 667.74 |
| *leaving a balance on hand of* [1] | $ 90,844.89 |

**Balance on hand:**                    $         90,844.89

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

Total to be paid to secured creditors:   $         0.00
Remaining balance:                        $         90,844.89

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 7,795.13 | 0.00 | 7,795.13 |
| Trustee, Expenses - RICHARD M. FOGEL | 2.27 | 0.00 | 2.27 |
| Attorney for Trustee, Fees - SHAW GUSSIS FISHMAN GLANTZ | 3,024.00 | 0.00 | 3,024.00 |
| Attorney for Trustee, Expenses - SHAW GUSSIS FISHMAN GLANTZ | 110.67 | 0.00 | 110.67 |
| Accountant for Trustee, Fees - LARRY G. GOLDSMITH | 8,728.00 | 0.00 | 8,728.00 |

Total to be paid for chapter 7 administration expenses:   $   19,660.07
Remaining balance:   $   71,184.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   71,184.82

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,462,448.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

UST Form 101-7-NFR (10/1/2010)

| 1 | Richard Wexner & Richard Greenberg | 94,687.00 | 0.00 | 98.46 |
|---|---|---|---|---|
| 2 | Fortunee Massuda | 2,500,000.00 | 0.00 | 2,599.42 |
| 3 | William M. Mahru/Heartland Production PSP | 251,720.84 | 0.00 | 261.74 |
| 4 | Board Managers Vanguard Lofts | 4,533.30 | 0.00 | 4.72 |
| 6A | Much Shelist Denenberg Ament & Rubenstein, P.C. | 87,798.15 | 0.00 | 91.29 |
| 7 | PYOD LLC , as assignee of  Citibank | 12,796.63 | 0.00 | 13.31 |
| 8 | Ostrow Reisin Berk & Abrams, Ltd. | 15,450.00 | 0.00 | 16.06 |
| 9 | Gould & Ratner | 28,125.90 | 0.00 | 29.24 |
| 10 | Furr & Cohen | 9,811.45 | 0.00 | 10.20 |
| 11 | Levenfeld Pearlstein, LLC | 1,348.60 | 0.00 | 1.40 |
| 12 | American Express Centurion Bank | 8,498.04 | 0.00 | 8.84 |
| 13 | M&I Marshall & Isley Bank | 3,812,523.61 | 0.00 | 3,964.12 |
| 14 | Pinrey LLC | 178,119.00 | 0.00 | 185.20 |
| 15 | Neal, Gerber & Eisenberg | 232,970.35 | 0.00 | 242.23 |
| 16 | CHB Financial Place, LLC | 5,144,548.27 | 0.00 | 5,349.12 |
| 17 | CHB Uptown Properties, LLC | 5,144,548.27 | 0.00 | 5,349.12 |
| 18 | Vermont Academy | 8,414.39 | 0.00 | 8.75 |
| 19 | RBS Citizens, National Association | 6,516,276.43 | 0.00 | 6,775.39 |
| 20 | Alfred N. Koplin | 4,679,798.53 | 0.00 | 4,865.89 |
| 21 | DLA Piper LLP (US) | 69,352.66 | 0.00 | 72.11 |
| 22 | Inland Bank and Trust | 587,893.29 | 0.00 | 611.27 |
| 23 | Semir D. Sirazi | 39,073,233.32 | 0.00 | 40,626.94 |

Total to be paid for timely general unsecured claims:   $   71,184.82
Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for tardy general unsecured claims:   $           0.00

Remaining balance:   $           0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for subordinated claims: $           0.00

Remaining balance:   $           0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/RICHARD M. FOGEL

Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers          Page 1 of 4          Date Rcvd: Oct 26, 2010
Case: 08-33872               Form ID: pdf006          Total Noticed: 158

The following entities were noticed by first class mail on Oct 28, 2010.
```
db          +Daniel S Mahru,   246 Franklin,   Glencoe, IL 60022-1214
aty         +Alexander D Kerr, Jr,   Tishler & Wald, Ltd,   200 South Wacker Drive,   Suite 3000,
              Chicago, IL 60606-5815
tr          +Richard M Fogel,   Shaw Gussis Fishman Glantz Wolfson,   321 N Clark Street  Suite 800,
              Chicago, IL 60654-4766
13031373    +1250 West Van Buren LLC,   c/o David Gustman, Esq.,   Freeborn & Peters, LLP,
              311 S. Wacker, #3000,   Chicago, IL 60606-6679
13031374    +2929 N. Western Ave. LLC,   c/o Michael J. Sreenan, Reg. Agent,   2423 N. Racine Avenue,
              2nd Floor,   Chicago, IL 60614-2110
13031375    +4300 W. Peterson LLC,   c/o Michael J. Sreenan, Reg. Agent,   2423 N. Racine Avenue,   2nd Floor,
              Chicago, IL 60614-2110
13031376    +850 N. Ogden LLC,   c/o Freeborn & Peters, LLP,   311 S. Wacker, #3000,   Chicago, IL 60606-6683
12951690     AT&T,   P. O. Box 6428,   Carol Stream, IL 60197-6428
13031378    +Adam D. Mahru,   1133 North Dearborn Street,   Apt. 1307,   Chicago, IL 60610-2785
13031379    +Alfred N. Koplin,   c/o Peter J. Gillespie, Esq.,   Baker & McKenzie LLP,   130 E. Randolph Drive,
              Chicago, IL 60601-6342
12951680     American Express,   P.O. Box 360001,   Fort Lauderdale, FL 33336-0001
14069324     American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
13031381    +Amerimark Bank,   c/o John L. Conlen,   Schwartz Cooper Chtd.,   180 N. LaSalle Street, #2700,
              Chicago, IL 60601-2709
13031382    +Antoin Rezko,   c/o Freeborn & Peters, LLP,   311 S. Wacker, #3000,   Chicago, IL 60606-6683
13031384    +Antoin S. Rezko,   c/o Freeborn & Peters, LLP,   311 S. Wacker Dr., #3000,
              Chicago, IL 60606-6683
13031383    +Antoin S. Rezko,   c/o Freeborn & Peters, LLP,   311 S. Wacker, #3000,   Chicago, IL 60606-6683
12951677    +Automatic Ice,   c/o Charter One Bank,   71 South Wacker Drive,   Chicago, IL 60606-4637
13031386    +Automatic Ice, Inc.,   3725 N. Talman,   Chicago, IL 60618-4712
13784956    +Barry Levy,   1323 Holly Lane,   Winnetka, IL 60093-1616
13031387    +Bayside Marin,   718 Fourth Street,   San Rafael, CA 94901-3213
13031388     Ben Mahru,   2066 Stave Street,   Unit 3,   Chicago, IL 60647-4041
13031389    +Board Managers Vanguard Lofts,   c/o Vincent A. Lavieri,   Gardiner, Koch & Weisberg,
              53 W. Jackson Blvd., #950,   Chicago, IL 60604-3849
12951700    +Brad S. Grayson,   Strauss & Malk LLP,   135 Revere Drive,   Northbrook, IL 60062-1555
13031390    +Brett Klotz,   500 W. Superior,   Chicago, IL 60654-8132
12951696    +Bruce M. Friedman,   333 West Wacker Drive,   Chicago, IL 60606-1220
12951667    +Bryan Cave LLC,   161 N. Clark Street,   Suite 4300,   Chicago, IL 60601-3430
13031396    +CHB Financial Place, LLC,   c/o Chen Nelson Roberts Ltd.,   203 N. LaSalle Street,
              Chicago, IL 60601-1267
13031397    +CHB Uptown Properties, LLC,   c/o Chen Nelson Roberts Ltd.,   203 N. LaSalle Street,
              Chicago, IL 60601-1267
12951674    +Charter One,   P. O. Box 42002,   Providence, RI 02940-2002
13031394    +Charter One Bank,   P.O. Box 42002,   Providence, RI 02940-2002
12951675    +Charter One Bank,   71 South Wacker Drive,   Chicago, IL 60606-4637
12951702    +Chen Nelson Roberts,   203 North LaSalle Street,   Chicago, IL 60601-1267
12951681    +Citbank,   P. O. Box 6500,   Sioux Falls, SD 57117-6500
13031398    +Citibank,   P. O. Box 6500,   Sioux Falls, SD 57117-6500
14281453     DLA Piper LLP (US),   c/o Richard M Kremen,   The Marbury Building,   6225 Smith Ave,
              Baltimore, MD  21209-3600
12951709    +Daniel S. Hefter,   Fox Hefter Swibel Levin & Carroll,   321 N. Clark Street, Suite 3300,
              Chicago, IL 60654-4793
12951704    +Dennis E. Both,   Brown Udell & Peters Ltd.,   1332 N. Halsted, Suite 100,
              Chicago, IL 60642-2637
12951703    +Donald J. Kindwald,   Kindwald Law Offices, P.C.,   105 W. Madison, Suite 2100,
              Chicago, IL 60602-4649,   Michael J. Goldstein,   318 W. Adams Street, Suite 1700
12951685    +Duke University Medical Center,   804 W. Trinity Avenue,   Durham, N.C 27701-1826
13031399    +Duke University Medical Center,   804 W. Trinity Avenue,   Durham, NC 27701-1826
13031400    +East Cullerton LLC,   c/o Michael J. Sreenan, Reg. Agent,   2423 N. Racine Avenue,   2nd Floor,
              Chicago, IL 60614-2110
12951683     Estate of Joe Honey, Guarantor,   c/o Donald W. Seal, Seal Seidman,   2015, Rue Drummond,
              Bureau 1050,   Montreal, Quebec H3G1W7
13031402     Estate of Joseph Honey,   c/o Donald W. Seal (Seal Seidman),   2015, Rue Drummond,   Bureau 1050,
              Montreal, Quebec H3G1W7
12951678    +Fifth Third Bank,   1701 W. Golf Road,   700, Tower 1,   Rolling Meadows, IL 60008
13031404    +Financial Place Apt. LLC,   c/o Freeborn & Peters, LLP,   311 S. Wacker, #3000,
              Chicago, IL 60606-6683
13031405    +First Bank,   820 Church Street,   Evanston, IL 60201-5603
12951699    +Flamm & Teibloom, Ltd.,   20 North Clark Street, #2200,   Chicago, IL 60602-5113
13692714    +Fortunee Massuda,   181 Siteridan Road,   Winnetka, IL 60093-1570
13031406    +Fortunee Massuda, DPM,   c/o Brad S. Grayson,   Strauss & Malk,   135 Revere Drive,
              Northbrook, IL 60062-1555
13031407    +Frankel & Giles and Assocs., Inc.,   c/o Scott A. Kogen, Esq.,   134 N. LaSalle Street, #1515,
              Chicago, IL 60602-1167
12951671    +Furr & Cohen,   One Boca Place, Suite 337W,   2255 Glades Road,   Boca Raton, FL 33431-7382
13031409     General Mediterranean,   c/o Mr. Al-Miqdadi,   137-143 Hammersmith Road,   London W14 OQL England
13031410    +Gould & Ratner,   c/o Michael J. Goldstein, Esq.,   318 W. Adams St., Suite 1700,
              Chicago, IL 60606-5100
13977782   +++Gould & Ratner,   C/O Michael J Goldstein & Assc Ltd,   17 N State St # 990,
              Chicago, IL 60602-3569
13977781    +Gould & Ratner,   222 North LaSalle Street,   Suite 800,   Chicago, Illinois 60601-1086
13031411    +Greenstone Capital, LLC,   c/o Scandaglia & Ryan,   55 E. Monroe Street,   Chicago, IL 60603-5713
12951669    +Hensley, Kim & Holzer LLC,   1660 Lincoln,   Suite 3000,   Denver, CO 80264-3001
13031413    +Heritage Development Company,   c/o Freeborn & Peters, LLP,   311 S. Wacker, #3000,
              Chicago, IL 60606-6683
```

```
District/off: 0752-1          User: mflowers          Page 2 of 4          Date Rcvd: Oct 26, 2010
Case: 08-33872               Form ID: pdf006          Total Noticed: 158
```

```
13031414    +Heritage Development Partners LLC,    c/o Freeborn & Peters, LLP,    311 S. Wacker, #3000,
             Chicago, IL 60606-6683
13031415    +Heritage Development Partners LLC,    c/o Freenborn & Peters, LLP,    311 S. Wacker, #3000,
             Chicago, IL 60606-6683
13031416    +Home Star Group,    c/o Lloyd E. Gussis, Reg. Agent,    2536 N. Lincoln Avenue,
             Chicago, IL 60614-2889
13031417    +Honeyland Production Profit Sharing Plan,    c/o Daniel S. Hefter,
             Fox Hefter Swibel Levin & Carroll,    200 W. Madison St., #3300,    Chicago, IL 60606-3607
13031418    +Hunter Alliance Corp.,    c/o Victor J. Cacciatore,    527 S. Wells,    Chicago, IL 60607-3928
12951670    +Hunton and Williams,    1111 Brickell Avenue,    Suite 2500,    Miami, FL 33131-3155
14284369    +Inland Bank and Trust,    c/o Robert D. Nachman,    Dykema Gossett PLLC,
             10 S. Wacker Drive - Suite 2300,    Chicago, IL 60606-7439
13031420     Internal Revenue Service,    D. Patrick Mullarkey,    Tax Division (DOJ),
             Ben Franklin Station, DC 20044
13031421    +Jennifer Arons,    3499 Old Mill Road,    Highland Park, IL 60035-1008
13031422    +Jerome H. Meyer Co.,    c/o Swanson Martin Bell LLP,    1 IBM Plaza, #3300,
             Chicago, IL 60611-3604
12951708    +John L. Conlen,    Schwartz Cooper Chtd.,    180 N. LaSalle Street, Suite 2700,
             Chicago, IL 60601-2709
13031423    +John O'Flaherty,    O'Flaherty Builders,    1136 W. Diversey,    Chicago, IL 60614-2676
13031425    +John Thomas,    RedRock CapRealty, LLC,    550 W. Adams, #210,    Chicago, IL 60661-3794
13031426    +Joseph P. Cacciatore,    c/o Flamm & Teibloom, Ltd.,    20 N. Clark Street, #2200,
             Chicago, IL 60602-5113
13031427    +Klafter and Burke,    225 W. Washington St.,    Suite 1701,    Chicago, IL 60606-3418
13031428     Kutak Rock, LLP,    1801 California Street, Suite 3100,    Denver, CO 80202-2626
12951693    +Lake City Cleaners,    831 Emerson Street,    Evanston, IL 60201-3822
12951687    +Landscaping by Katsumi,    P. O. Box 156,    Lincolnshire, IL 60069-0156
12951706    +Law Offices of Scott A. Kogen,    134 N. LaSalle Street, Suite 1515,    Chicago, IL 60602-1167
12951666    +Levenfeld & Pearlstein,    2 N. LaSalle Street,    Suite 1300,    Chicago, IL 60602-3709
14049304   +++Levenfeld Pearlstein, LLC,    2 N Lasalle St suite 1300,    Chicago,IL 60602-3709
12951695    +Loft Rite Apartments,    1237 West Fullerton,    Chicago, IL? 60614-2186
13031435    +Lottner Rubin Fishman Brown & Saul, PC,    633 17th Street, Suite 2700,    Denver, CO 80202-3662
13031437    +Louis Giordano,    c/o Riverdale Marina, Inc.,    13100 S. Halsted Street,
             Riverdale, IL 60827-1160
13031436    +Louis Giordano,    c/o James H. Wolf,    Wolf & Tennant,    33 N. Dearborn, #800,
             Chicago, IL 60602-3194
12951686    +Loyola University,    6525 North Sheridan Road,    Chicago, IL 60626-5385
14085608    +M&I Marshall & Ilsley Bank,    c/o Robbins, Salomon & Patt, Ltd.,
             25 East Washington Street, Suite 1000,    Chicago, Illinois 60602-1705,    (312)782-9000
13031439    +M&I Marshall & Isley Bank,    c/o Robert F. Rabin,    Robbins Salomon & Patt,
             25 E. Washington, #1100,    Chicago, IL 60602-1706
13031440    +Mahru CDEC, LLC,    c/o Daniel Mahru,    3725 N. Talman,    Chicago, IL 60618-4712
13031441    +Mahru CDEC, LLC,    c/o Daniel S. Mahru,    3725 N. Talman,    Chicago, IL 60618-4712
13031442    +Mardini, Inc.,    c/o Scandaglia & Ryan,    55 E. Monroe Street,    Chicago, IL 60603-5713
13031443    +Mark Jerger and Armi Jerger,    c/o Levit & Lipshutz,    1120 W. Belmont Avenue,
             Chicago, IL 60657-3313
12951689    +Merry Maids,    925 W. Chicago Avenue,    Chicago, IL 60642-7265
12951694    +Metropolitan Club,    233 South Wacker Drive,    Chicago, IL 60606-6306
13031447    +Michael J. Sreenan, Esq.,    2423 N. Racine Avenue, 2nd Floor,    Chicago, IL 60614-2110
13784958    +Michael Rosenblum,    C/O Koenig & Strey,    900 N Michigan Ave suite 1700,    Chicago,IL 60611-6539
13031448    +Michael Runman,    c/o Freeborn & Peters, LLP,    311 S. Wacker, #3000,    Chicago, IL 60606-6683
12951672    +Mike Sreenan,    853 N. Elston,    Chicago, IL 60642-4102
13913812    +Much Shelist Denenberg Ament & Rubenstein, P.C.,    c/o Colleen E. McManus,
             191 N. Wacker Dr., #1800,    Chicago, IL 60606-1631
12951664    +Much, Shelist,    191 N. Wacker Drive,    Suite 1800,    Chicago, IL 60606-1631
13031450    +Murphy & Hourihane,    77 W. Wacker Drive, Suite 4800,    Chicago, IL 60601-1664
12951673    +National City Bank,    c/o Ekl Williams,    901 Warrenville #175,    Lisle, IL 60532-4379
13031451    +National City Bank,    c/o Ekl Williams, Esq.,    901 Warrenville, #175,    Lisle, IL 60532-4379
12951665    +Neal, Gerber & Eisenberg,    2 N. LaSalle Street,    Suite 2200,    Chicago, IL 60602-3963
13031453    +Ocean Blue Trustee,    Drew Dillworth, Esq.,    Stearns Weaver Miller Weissler,
             150 W. Flagler Street, Ste. 2200,    Miami, FL 33130-1545
12951679    +Ocean Blue Trustee,    c/o Drew Dillworth,    Stearns Weaver Miller Weissler,
             150 W. Flagler Street, Ste. 2200,    Miami, FL 33130-1545
13031454    +Old Style Ironworks, Inc.,    c/o David A. Izzo & Assocs.,    333 S. Wabash Avenue,
             Chicago, IL 60604-4107
13031455    +Ostrow Reisin Berk & Abrams, Ltd.,    c/o Larry Sophian, CPA,    455 North Cityfront Plaza Drive,
             Suite 2600,    Chicago, IL 60611-5503
13031457    +PEPT Investment Corp.,    c/o Rep Investment Corp., Reg. Agent,    1209 Orange Street,
             Wilmington, DE 19801-1120
13925167    +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
             PO Box 19008,    Greenville, SC 29602-9008
12951692     Peoples Energy,    Chicago, IL 60687-0001
12951697    +Peter J. Gillespie,    Baker & McKenzie LLP,    1 Prudential Plaza,    130 E. Randolph Drive,
             Chicago, IL 60601-6207
13031458    +Peterson Partners LLC,    c/o Jeffrey N. Owen, Reg. Agent,    203 N. LaSalle, #1800,
             Chicago, IL 60601-1264
13031459    +Pinrey LLC,    c/o Donald J. Kindwald,    Kindwald Law Offices,    105 W. Madison, #2100,
             Chicago, IL 60602-4649
14277179    +RBS Citizens, National Association,    c/o Patricia J. Timilty,    53 State Street - MBS970,
             Boston, MA 02109-2802
12951676    +Republic Bank,    1510 75th Street,    Darien, IL 60561-3779
13031461    +Rezko Enterprises LLC,    c/o Freeborn & Peters, LLP,    311 S. Wacker, #3000,
             Chicago, IL 60606-6683
```

```
District/off: 0752-1          User: mflowers          Page 3 of 4              Date Rcvd: Oct 26, 2010
Case: 08-33872               Form ID: pdf006          Total Noticed: 158
```

```
13031464     +Rezmar Corporation,   c/o Freeborn & Peters, LLP,   311 S. Wacker Dr., #3000,
              Chicago, IL 60606-6683
13031462     +Rezmar Corporation,   c/o Freeborn & Peters, LLP,   311 S. Wacker, #3000,
              Chicago, IL 60606-6683
13031463     +Rezmar Corporation,   c/o Adelman & Gettleman, Ltd.,   53 W. Jackson, #1050,
              Chicago, IL 60604-3786
13031465     +Rezmar Corporation,   c/o Michael J. Sreenan, Esq.,   2423 N. Racine Avenue,   2nd Floor,
              Chicago, IL 60614-2110
13031467     +Rezmar International Ltd.,   c/o Freeborn & Peters, LLP,   311 S. Wacker, #3000,
              Chicago, IL 60606-6683
13031468     +Richard Greenberg,   c/o Dennis E. Both,   Brown Udell & Peters, Ltd.,   1332 N. Halsted, #100,
              Chicago, IL 60642-2637
13074814     +Richard Greenberg & Richard wexler,   C/O,   Brown, Udell, Pomerantx & Delrahim,
              1332 N. Halsted, Suite 100,   Chicago,Ill 60642-2637
13031469     +Richard Wexner,   c/o Dennis E. Both,   Brown Udell & Peters, Ltd.,   1332 N. Halsted, #100,
              Chicago, IL 60642-2637
13056212     +Richard Wexner & Richard Greenberg,   c/o Brown, Udell, Pomerantz and Delrahim,   1332 N. Halsted,
              Chicago, Illinois 60642-2624
13031470     +Riverside Consulting LLC,   c/o Flamm & Teibloom, Ltd.,   20 N. Clark Street, #2200,
              Chicago, IL 60602-5113
13031471     +Riverwalk Lofts Condominiums,   c/o Scott A. Kogen, Esq.,   134 N. LaSalle Street, #1515,
              Chicago, IL 60602-1167
13031472     +Riverwalk Lofts LLC,   c/o Michael J. Sreenan, Esq.,   2423 N. Racine Avenue,   2nd Floor,
              Chicago, IL 60614-2110
12951698     +Robert F. Rabin,   Robbins, Salomon & Patt, Ltd.,   25 E. Washington Street,
              Chicago, IL 60602-1796
13031473     +Robert Williams,   c/o James E. Dahl & Assocs.,   225 W. Washington, #1640,
              Chicago, IL 60606-3100
13031475     +Roosevelt Clark Development LP,   c/o Flamm & Teibloom, Ltd.,   20 N. Clark Street, #2200,
              Chicago, IL 60602-5113
13031476     +Rudnick & Wolfe,   203 N. LaSalle Street,   Chicago, IL 60601-1293
12951663     +Rudnick & Wolfe,   203 N. LaSalle Street,   Suite 1900,,   Chicago, IL 60601-1263
13031477     +Ruth H. Mahru,   246 Franklin,   Glencoe, IL 60022-1214
13031478     +Ruth Mahru,   246 Franklin,   Glencoe, IL 60022-1214
12951682     +Ryan Mahru,   1052 W. Fry Street, Unit 2,   Chicago, IL 60642-5421
13031480      S&S Contractors,   c/o Peter Carey,   11 S. LaSalle Street,   Suite 1600,   Chicago, IL 60603
13031481     +SALO International Business Corp.,   c/o Daniel P. Sanders,   Jenner & Block LLP,
              330 N. Wabash Avenue,   Chicago, IL 60611-3586
13031485     +SREI Miami LLC,   c/o Bruce M. Friedman,   Harrison & Held, LLP,   333 W. Wacker Drive,
              Chicago, IL 60606-1220
13031486      SS General Contractors,   c/o Peter Carey,   11 S. LaSalle Street,   Suite 1600,
              Chicago, IL 60603
12951684     +Samir Financial LLC,   Mohammed Mirza, Manager,   20682 North Plumwood Drive,
              Kildeer, IL 60047-8500
13031482     +Samir Financial Services, LLC,   Mohammed Mirza, Manager,   20682 North Plumwood Drive,
              Kildeer, IL 60047-8500
13031483     +Samir Financial Services, LLC,   c/o Joseph D. Ryan, Esq.,   Law Offices of Joseph D. Ryan, PC,
              1896 Sheridan Road,   Highland Park, IL 60035-2675
13031484     +Semir D. Sirazi,   c/o Scandaglia & Ryan,   55 E. Monroe Street,   Chicago, IL 60603-5713
13031487     +Stanley Faron,   c/o Freeborn & Peters, LLP,   311 S. Wacker, #3000,   Chicago, IL 60606-6683
13031489     +Stephen J. Livaditis,   c/o Eastdil Secured,   111 S. Wacker, Suite 3340,
              Chicago, IL 60606-4719
13031490     +Stephen Livaditis,   c/o Arnstein & Lehr,   120 S. Riverside Plaza,   Chicago, IL 60606-3913
13031488     +Steven F. Ginsberg,   Levenfeld Pearlstein LLC,   2 N. LaSalle Street, #1300,
              Chicago, IL 60602-3709
13031492     +Steven F. Ginsberg,   c/o Chuhak & Tecson, PC,   30 S. Wacker Drive, #2600,
              Chicago, IL 60606-7512
12951668     +Sugar Friedberg & Felsenthal,   30 N. LaSalle Street,   Suite 3000,   Chicago, IL 60602-3327
12951707     +Swanson Martin Bell LLP,   1 IBM Plaza, 3300,   Chicago, IL 60611-3764
13031494     +Trinova Corporation,   c/o LeBoeuf Lam Greene & MacRae,   180 N. Stetson,
              Chicago, IL 60601-6710
12951688      Vermont Academy,   P. O. Box 500,   Saxtons River, VT 05154-0500
12951705     +Vincent A. Lavieri,   Gardiner, Koch & Weisberg,   53 W. Jackson Blvd., Suite 950,
              Chicago, IL 60604-3849
13031496     +Western Phase II LLC,   c/o Freeborn & Peters, LLP,   311 S. Wacker, #3000,
              Chicago, IL 60606-6683
13784959     +Wiczer & Assc LLC,   500 Skokie blvd suite 350,   Northbrook,IL 60062-2877
13031497     +William M. Mahru,   c/o Daniel S. Hefter,   Fox Hefter Swibel Levin & Carroll,
              200 W. Madison St., #3300,   Chicago, IL 60606-3607
13799758     +c/o Dan Hefter,   Fox, Hefter, Swibel,,   Levin & Carroll, LLP,   200 W. Madison St., Suite 3000,
              Chicago, IL 60606-3417
```

```
The following entities were noticed by electronic transmission on Oct 27, 2010.
13905543     +Fax: 847-733-7467 Oct 27 2010 00:46:43   First Bank & Trust of Evanston,   820 Church Street,
              Evanston, IL 60201-3764
                                                                                        TOTAL: 1
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13799757      William M. Mahru,   Honeyland Production Profit Sharing
```

```
District/off: 0752-1          User: mflowers          Page 4 of 4              Date Rcvd: Oct 26, 2010
Case: 08-33872               Form ID: pdf006          Total Noticed: 158

aty*          +Richard M Fogel,   Shaw Gussis Fishman Glantz Wolfson,   321 N Clark Street  Suite 800,
                Chicago, IL 60654-4766
13031385*      AT&T,   P. O. Box 6428,   Carol Stream, IL 60197-6428
13031377*     +Academic Counseling Service,   1800 Sherman Ave., Suite 203,   Evanston, IL 60201-3785
13031380*      American Express,   P. O. Box 360001,   Fort Lauderdale, FL 33336-0001
13031391*     +Brett Klotz,   500 W. Superior,   Chicago, IL 60654-8132
13031392*     +Brett Klotz,   500 W. Superior,   Chicago, IL 60654-8132
13031393*     +Bryan Cave LLC,   161 N. Clark Street,   Suite 4300,   Chicago, IL 60601-3430
13031395*     +Charter One Bank,   71 South Wacker Drive,   Chicago, IL 60606-4637
13031401*     +East Cullerton LLC,   c/o Michael J. Sreenan, Reg. Agent,   2423 N. Racine Avenue,   2nd Floor,
                Chicago, IL 60614-2110
13031403*     +Fifth Third Bank,   1701 W. Golf Road,   700, Tower 1,   Rolling Meadows, IL 60008
13031408*     +Furr & Cohen,   One Boca Place, Suite 337W,   2255 Glades Road,   Boca Raton, FL 33431-7382
13031412*     +Hensley, Kim & Holzer LLC,   1660 Lincoln,   Suite 3000,   Denver, CO 80264-3001
13031419*     +Hunton and Williams,   1111 Brickell Avenue,   Suite 2500,   Miami, FL 33131-3155
13031429*     +Lake City Cleaners,   831 Emerson Street,   Evanston, IL 60201-3822
13031430*     +Landscaping by Katsumi,   P. O. Box 156,   Lincolnshire, IL 60069-0156
13031431*     +Levenfeld & Pearlstein,   2 N. LaSalle Street,   Suite 1300,   Chicago, IL 60602-3709
13031432*     +Loft Rite Apartments,   1237 West Fullerton,   Chicago, IL 60614-2186
13031434*     +Lori K. Thomas (a/k/a Lori Korweck),   c/o Belongia Shapiro LLP,   53 W. Jackson, #315,
                Chicago, IL 60604-3692
13031438*     +Loyola University,   6525 North Sheridan Road,   Chicago, IL 60626-5385
13031444*     +Mark Jerger and Armi Jerger,   c/o Levit & Lipshutz,   1120 W. Belmont Avenue,
                Chicago, IL 60657-3313
13031445*     +Merry Maids,   925 W. Chicago Avenue,   Chicago, IL 60642-7265
13031446*     +Metropolitan Club,   233 South Wacker Drive,   Chicago, IL 60606-6306
13031449*     +Much Shelist,   191 N. Wacker Drive,   Suite 1800,   Chicago, IL 60606-1631
13031452*     +Neal, Gerber & Eisenberg,   2 N. LaSalle Street,   Suite 2200,   Chicago, IL 60602-3963
13031456*      Peoples Energy,   Chicago, IL 60687-0001
13031460*     +Republic Bank,   1510 75th Street,   Darien, IL 60561-3779
13031466*     +Rezmar Corporation,   c/o Freeborn & Peters, LLP,   311 S. Wacker, #3000,
                Chicago, IL 60606-6683
13031474*     +Robert Williams,   c/o James E. Dahl & Assocs.,   225 W. Washington, #1640,
                Chicago, IL 60606-3100
13031479*     +Ryan Mahru,   1052 W. Fry Street,   Unit 2,   Chicago, IL 60642-5421
13031491*     +Steven F. Ginsberg,   Levenfeld Pearlstein LLC,   2 N. LaSalle Street, #1300,
                Chicago, IL 60602-3709
13031493*     +Sugar Friedberg & Felsenthal,   30 N. LaSalle Street,   Suite 3000,   Chicago, IL 60602-3327
13031495*      Vermont Academy,   P. O. Box 500,   Saxtons River, VT 05154-0500
12951691   ##+Academic Counseling service,   1800 Sherman Ave., Suite 203,   Evanston, IL 60201-3785
13784957   ##+Belongia, Shapiro & Hynes LLC,   53 W Jackson Blvd suite 315,   Chicago,IL 60604-3692
13031424   ##+John Thomas,   c/o Belongia Shapiro LLP,   53 W. Jackson, #315,   Chicago, IL 60604-3692
13031433   ##+Lori K. Thomas (a/k/a Lori Korweck),   c/o Belongia Shapiro LLP,   53 W. Jackson, #315,
                Chicago, IL 60604-3692
12951701   ##+Scandaglia & Ryan,   55 E. Monroe Street, Suite 3930,   Chicago, IL 60603-5729
                                                                    TOTALS: 1, * 32, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2010**          **Signature:** _____