**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MAHRU, DANIEL S § Case No. 08-33872
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $5,105.18                 Assets Exempt: $5,099.79
*(without deducting any secured claims)*

Total Distribution to Claimants: $71,189.22    Claims Discharged
                                               Without Payment: $68,391,258.81

Total Expenses of Administration: $19,717.81

---

   3) Total gross receipts of $   91,517.03   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   610.00   (see **Exhibit 2**), yielded net receipts of $90,907.03 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $52,774.41 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 19,718.03 | 19,717.81 | 19,717.81 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 34,590,721.51 | 68,462,448.03 | 68,462,448.03 | 71,189.22 |
| **TOTAL DISBURSEMENTS** | $34,590,721.51 | $68,534,940.47 | $68,482,165.84 | $90,907.03 |

    4) This case was originally filed under Chapter 7 on December 11, 2008. The case was pending for 27 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/02/2011    By: /s/RICHARD M. FOGEL
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Household goods and furnishings | 1129-000 | 7,000.00 |
| Books, art, antiques and collectibles | 1129-000 | 1,500.00 |
| Stock and interests in businesses- Automatic Ice | 1129-000 | 20,000.00 |
| Stock and interests in businesses | 1129-000 | 1,500.00 |
| Accounts receivable | 1129-000 | 610.00 |
| Other liquidated debts owing debtor- tax refund | 1124-000 | 23,589.86 |
| Death benefit plan, life insurance, or trust | 1129-000 | 13,000.00 |
| Unscheduled tax refunds | 1224-000 | 24,255.41 |
| Interest Income | 1270-000 | 61.76 |
| **TOTAL GROSS RECEIPTS** | | **$91,517.03** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JM PARTNERS LLC | Refund earnest money- Rezko claim | 8500-002 | 610.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$610.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | First Bank & Trust of Evanston | 4210-000 | N/A | 52,774.41 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$52,774.41** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2200-000 | N/A | 2.27 | 2.27 | 2.27 |
| RICHARD M. FOGEL | 2100-000 | N/A | 7,795.35 | 7,795.13 | 7,795.13 |
| SHAW GUSSIS FISHMAN GLANTZ | 3110-000 | N/A | 3,024.00 | 3,024.00 | 3,024.00 |
| SHAW GUSSIS FISHMAN GLANTZ | 3120-000 | N/A | 110.67 | 110.67 | 110.67 |
| LARRY G. GOLDSMITH | 3410-000 | N/A | 8,728.00 | 8,728.00 | 8,728.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 57.74 | 57.74 | 57.74 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 19,718.03 | 19,717.81 | 19,717.81 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Richard Wexner & Richard Greenberg | 7100-000 | 50,000.00 | 94,687.00 | 94,687.00 | 98.47 |
| 2 | Fortunee Massuda | 7100-000 | 655,000.00 | 2,500,000.00 | 2,500,000.00 | 2,599.58 |
| 3 | William M. Mahru/Heartland Production PSP | 7100-000 | 300,000.00 | 251,720.84 | 251,720.84 | 261.76 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Board Managers Vanguard Lofts | 7100-000 | 50,000.00 | 4,533.30 | 4,533.30 | 4.71 |
| 6A | Much Shelist Denenberg Ament & Rubenstein, P.C. | 7100-000 | 87,798.15 | 87,798.15 | 87,798.15 | 91.29 |
| 7 | PYOD LLC , as assignee of Citibank | 7100-000 | 12,467.27 | 12,796.63 | 12,796.63 | 13.31 |
| 8 | Ostrow Reisin Berk & Abrams, Ltd. | 7100-000 | 10,950.00 | 15,450.00 | 15,450.00 | 16.07 |
| 9 | Gould & Ratner | 7100-000 | 28,125.00 | 28,125.90 | 28,125.90 | 29.25 |
| 10 | Furr & Cohen | 7100-000 | 8,553.48 | 9,811.45 | 9,811.45 | 10.20 |
| 11 | Levenfeld Pearlstein, LLC | 7100-000 | 26,209.44 | 1,348.60 | 1,348.60 | 1.40 |
| 12 | American Express Centurion Bank | 7100-000 | 36,261.21 | 8,498.04 | 8,498.04 | 8.84 |
| 13 | M&I Marshall & Isley Bank | 7100-000 | 3,652,227.49 | 3,812,523.61 | 3,812,523.61 | 3,964.37 |
| 14 | Pinrey LLC | 7100-000 | 178,119.00 | 178,119.00 | 178,119.00 | 185.21 |
| 15 | Neal, Gerber & Eisenberg | 7100-000 | 233,939.29 | 232,970.35 | 232,970.35 | 242.25 |
| 16 | CHB Financial Place, LLC | 7100-000 | 2,898,581.00 | 5,144,548.27 | 5,144,548.27 | 5,349.45 |
| 17 | CHB Uptown Properties, LLC | 7100-000 | 2,898,581.00 | 5,144,548.27 | 5,144,548.27 | 5,349.45 |
| 18 | Vermont Academy | 7100-000 | 6,553.19 | 8,414.39 | 8,414.39 | 8.75 |
| 19 | Flying Food Fare, Inc., as assignee of RBS Citizens | 7100-000 | 3,764,399.00 | 6,516,276.43 | 6,516,276.43 | 6,775.81 |
| 20 | Alfred N. Koplin | 7100-000 | 4,627,629.28 | 4,679,798.53 | 4,679,798.53 | 4,866.19 |
| 21 | DLA Piper LLP (US) | 7100-000 | 65,327.71 | 69,352.66 | 69,352.66 | 72.11 |
| 22 | Inland Bank and Trust | 7100-000 | N/A | 587,893.29 | 587,893.29 | 611.31 |
| 23 | Semir D. Sirazi | 7100-000 | 15,000,000.00 | 39,073,233.32 | 39,073,233.32 | 40,629.44 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 34,590,721.51 | 68,462,448.03 | 68,462,448.03 | 71,189.22 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-33872  
**Case Name:** MAHRU, DANIEL S  

**Period Ending:** 03/02/11

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 12/11/08 (f)  
**§341(a) Meeting Date:** 01/22/09  
**Claims Bar Date:** 08/07/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 400.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | Financial accounts, financial institution shares | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 3 | Financial accounts, financial institution shares | 105.39 | 5.39 | DA | 0.00 | 0.00 |
| 4 | Household goods and furnishings (See Footnote) | 7,000.00 | 7,000.00 | | 7,000.00 | FA |
| 5 | Books, art, antiques and collectibles (See Footnote) | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 6 | Wearing apparel | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | Furs and jewelry | 2,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | Interests in insurance policies | 0.00 | 0.00 | | 0.00 | 0.00 |
| 9 | Interests in insurance policies | 1,099.79 | 0.00 | DA | 0.00 | 0.00 |
| 10 | IRA, ERISA, Keogh, pension, profit sharing plan | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | Stock and interests in businesses- Automatic Ice (See Footnote) | 0.00 | 0.00 | | 20,000.00 | FA |
| 12 | Stock and interests in businesses- Mahru CDEC | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13 | Stock and interests in businesses- Radian Dev. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14 | Stock and interests in businesses (See Footnote) | 1,883.80 | 1,883.80 | | 1,500.00 | FA |
| 15 | Stock and interests in businesses- New Mex FF | 0.00 | 0.00 | | 0.00 | 0.00 |
| 16 | Stock and interests in businesses- Pollution Res | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17 | Gov't and corporate bonds and other instruments (See Footnote) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18 | Gov't and corporate bonds and other instruments (See Footnote) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 19 | Accounts receivable (See Footnote) | Unknown | 0.00 | DA | 610.00 | 0.00 |
| 20 | Other liquidated debts owing debtor- tax refund | 19,500.00 | 19,500.00 | | 23,589.86 | FA |
| 21 | Death benefit plan, life insurance, or trust (See Footnote) | 14,000.00 | 10,000.00 | | 13,000.00 | FA |
| 22 | Unscheduled tax refunds (u) | 0.00 | 20,000.00 | | 24,255.41 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 61.76 | FA |
| 23 | **Assets** Totals (Excluding unknown values) | **$48,988.98** | **$59,889.19** | | **$91,517.03** | **$0.00** |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-33872  
**Case Name:** MAHRU, DANIEL S  

**Period Ending:** 03/02/11

**Trustee:** (330720)   RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 12/11/08 (f)  
**§341(a) Meeting Date:** 01/22/09  
**Claims Bar Date:** 08/07/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| RE PROP# 4   Per o/c 6-24-09 | | | | | |
| RE PROP# 5   Per o/c 6-24-09 | | | | | |
| RE PROP# 11  Per o/c 6-24-09 | | | | | |
| RE PROP# 14  Per o/c 6-24-09 | | | | | |
| RE PROP# 17  Claim against Antoin Rezko | | | | | |
| RE PROP# 18  Claim against John Thomas | | | | | |
| RE PROP# 19  Rezko promissory note.  Proof of claim filed 4-23-10. Sold for $6,000 but buyer refused to close. To be abandoned at final hearing. | | | | | |
| RE PROP# 21  Gertrude Mahru trust-jewelry.  Per o/c 6-24-09 | | | | | |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2010          **Current Projected Date Of Final Report (TFR):**   October 21, 2010  (Actual)

Printed: 03/02/2011 06:56 AM    V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-33872  
**Case Name:** MAHRU, DANIEL S  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****66-19 - Time Deposit Account  

**Taxpayer ID #:** **-***1873  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Period Ending:** 03/02/11  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/09/09 | | FUNDING ACCOUNT: ********6665 | Transfer to CD account | 9999-000 | 60,000.00 | | 60,000.00 |
| 01/08/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 7.40 | | 60,007.40 |
| 02/08/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 7.64 | | 60,015.04 |
| 02/09/10 | | To Account #********6665 | Close CD via CD Rollover | 9999-000 | | 60,015.04 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 60,015.04 | 60,015.04 | $0.00 |
| | | | Less: Bank Transfers | | 60,000.00 | 60,015.04 | |
| | | | **Subtotal** | | 15.04 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15.04** | **$0.00** | |

{} Asset reference(s)

Printed: 03/02/2011 06:56 AM    V.12.56

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 08-33872 | | **Trustee:** | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| **Case Name:** | MAHRU, DANIEL S | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****66-65 - Money Market Account |
| **Taxpayer ID #:** | **-***1873 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 03/02/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/15/09 | | ADAM MAHRU BEST INTEREST TRUST | Proceeds of sale per o/c 6-24-09 | | 10,750.00 | | 10,750.00 |
| | {4} | | Sale of personal property  7,000.00 | 1129-000 | | | 10,750.00 |
| | {5} | | Sale of personal property  1,500.00 | 1129-000 | | | 10,750.00 |
| | {14} | | Sale of personal property  1,500.00 | 1129-000 | | | 10,750.00 |
| | {11} | | Sale of personal property    750.00 | 1129-000 | | | 10,750.00 |
| 07/15/09 | {11} | BENJAMIN MAHRU IRREVOCABLE TRUST | Proceeds of sale per o/c 6-24-09 | 1129-000 | 10,750.00 | | 21,500.00 |
| 07/15/09 | | REBAKAH MAHRU IRREVOCABLE TRUST | Proceeds of sale per o/c 6-24-09 | | 10,750.00 | | 32,250.00 |
| | {11} | | Sale of personal property  8,500.00 | 1129-000 | | | 32,250.00 |
| | {21} | | Sale of personal property  2,250.00 | 1129-000 | | | 32,250.00 |
| 07/15/09 | {21} | RYAN MAHRU IRREVOCABLE TRUST | Proceeds of sale per o/c 6-24-09 | 1129-000 | 10,750.00 | | 43,000.00 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.93 | | 43,000.93 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.81 | | 43,002.74 |
| 09/22/09 | {20} | TISHLER & WALD, LTD. | Non-exempt 2004 federal income tax refund | 1124-000 | 23,589.86 | | 66,592.60 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.01 | | 66,594.61 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.71 | | 66,597.32 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.80 | | 66,600.12 |
| 12/09/09 | | ACCOUNT FUNDED: ********6619 | Transfer to CD account | 9999-000 | | 60,000.00 | 6,600.12 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.93 | | 6,601.05 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,601.31 |
| 02/09/10 | | From Account #********6619 | Close CD via CD Rollover | 9999-000 | 60,015.04 | | 66,616.35 |
| 02/10/10 | | To Account #********6666 | Account Transfer | 9999-000 | | 57.74 | 66,558.61 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.71 | | 66,560.32 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.98 | | 66,563.30 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.45 | | 66,563.75 |
| 04/06/10 | | Wire out to BNYM account 9200******6665 | Wire out to BNYM account 9200******6665 | 9999-000 | -66,563.75 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **60,057.74** | **60,057.74** | **$0.00** |
| | | | Less: Bank Transfers | | -6,548.71 | 60,057.74 | |
| | | | **Subtotal** | | **66,606.45** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$66,606.45** | **$0.00** | |

{} Asset reference(s)

Printed: 03/02/2011 06:56 AM    V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-33872  
**Case Name:** MAHRU, DANIEL S

**Taxpayer ID #:** **-***1873  
**Period Ending:** 03/02/11

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****66-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/10/10 | | From Account #********6665 | Account Transfer | 9999-000 | 57.74 | | 57.74 |
| 02/10/10 | 101 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 57.74 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 57.74 | 57.74 | $0.00 |
| | | | Less: Bank Transfers | | 57.74 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 57.74 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$57.74** | |

{} Asset reference(s)

Printed: 03/02/2011 06:56 AM    V.12.56

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 08-33872  
**Case Name:** MAHRU, DANIEL S  

**Taxpayer ID #:** **-***1873  
**Period Ending:** 03/02/11  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******66-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6665 | Wire in from JPMorgan Chase Bank, N.A. account ********6665 | 9999-000 | 66,563.75 | | 66,563.75 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.19 | | 66,566.94 |
| 05/25/10 | {22} | TISHLER & WALD | Debtor's share of 2007 & 2008 federal income tax refunds | 1224-000 | 24,255.41 | | 90,822.35 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 4.23 | | 90,826.58 |
| 06/07/10 | {19} | JM PARTNERS LLC | Deposit toward purchase of Rezko note claim | 1129-000 | 610.00 | | 91,436.58 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.26 | | 91,441.84 |
| 07/27/10 | | To Account #9200******6666 | Account Transfer- refund deposit | 9999-000 | | 610.00 | 90,831.84 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.43 | | 90,837.27 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.39 | | 90,842.66 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.23 | | 90,844.89 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.31 | | 90,847.20 |
| 11/29/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0300% | 1270-000 | 2.09 | | 90,849.29 |
| 11/29/10 | | To Account #9200******6666 | Close account and transfer for final distributions | 9999-000 | | 90,849.29 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 91,459.29 | 91,459.29 | $0.00 |
| | | | Less: Bank Transfers | | 66,563.75 | 91,459.29 | |
| | | | **Subtotal** | | 24,895.54 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$24,895.54** | **$0.00** | |

{} Asset reference(s)

Printed: 03/02/2011 06:56 AM    V.12.56

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 08-33872 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | MAHRU, DANIEL S | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******66-66 - Checking Account |
| Taxpayer ID #: | **-***1873 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/02/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/27/10 | | From Account #9200******6665 | Account Transfer- refund deposit | 9999-000 | 610.00 | | 610.00 |
| 07/29/10 | 10102 | JM PARTNERS LLC | Refund earnest money- Rezko claim | 8500-002 | | 610.00 | 0.00 |
| 11/29/10 | | From Account #9200******6665 | Close account and transfer for final distributions | 9999-000 | 90,849.29 | | 90,849.29 |
| 12/01/10 | 10103 | SHAW GUSSIS FISHMAN GLANTZ | Dividend paid 100.00% on $3,024.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,024.00 | 87,825.29 |
| 12/01/10 | 10104 | SHAW GUSSIS FISHMAN GLANTZ | Dividend paid 100.00% on $110.67, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 110.67 | 87,714.62 |
| 12/01/10 | 10105 | LARRY G. GOLDSMITH | Dividend paid 100.00% on $8,728.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 8,728.00 | 78,986.62 |
| 12/01/10 | 10106 | Richard Wexner & Richard Greenberg | 0.10% dividend on Claim # 1, Ref: | 7100-000 | | 98.47 | 78,888.15 |
| 12/01/10 | 10107 | Fortunee Massuda | 0.10% dividend on Claim # 2, Ref: | 7100-000 | | 2,599.58 | 76,288.57 |
| 12/01/10 | 10108 | William M. Mahru/Heartland Production PSP | 0.10% dividend on Claim # 3, Ref: | 7100-000 | | 261.76 | 76,026.81 |
| 12/01/10 | 10109 | Board Managers Vanguard Lofts | 0.10% dividend on Claim # 4, Ref: | 7100-000 | | 4.71 | 76,022.10 |
| 12/01/10 | 10110 | Much Shelist Denenberg Ament & Rubenstein, P.C. | 0.10% dividend on Claim # 6A, Ref: | 7100-000 | | 91.29 | 75,930.81 |
| 12/01/10 | 10111 | PYOD LLC , as assignee of Citibank | 0.10% dividend on Claim # 7, Ref: 5466 1600 2152 7914 | 7100-000 | | 13.31 | 75,917.50 |
| 12/01/10 | 10112 | Ostrow Reisin Berk & Abrams, Ltd. | 0.10% dividend on Claim # 8, Ref: | 7100-000 | | 16.07 | 75,901.43 |
| 12/01/10 | 10113 | Gould & Ratner | 0.10% dividend on Claim # 9, Ref: | 7100-000 | | 29.25 | 75,872.18 |
| 12/01/10 | 10114 | Furr & Cohen | 0.10% dividend on Claim # 10, Ref: | 7100-000 | | 10.20 | 75,861.98 |
| 12/01/10 | 10115 | Levenfeld Pearlstein, LLC | 0.10% dividend on Claim # 11, Ref: | 7100-000 | | 1.40 | 75,860.58 |
| 12/01/10 | 10116 | American Express Centurion Bank | 0.10% dividend on Claim # 12, Ref: 3727 147074 14021 | 7100-000 | | 8.84 | 75,851.74 |
| 12/01/10 | 10117 | M&I Marshall & Isley Bank | 0.10% dividend on Claim # 13, Ref: | 7100-000 | | 3,964.37 | 71,887.37 |
| 12/01/10 | 10118 | Pinrey LLC | 0.10% dividend on Claim # 14, Ref: | 7100-000 | | 185.21 | 71,702.16 |
| 12/01/10 | 10119 | Neal, Gerber & Eisenberg | 0.10% dividend on Claim # 15, Ref: | 7100-000 | | 242.25 | 71,459.91 |
| 12/01/10 | 10120 | CHB Financial Place, LLC | 0.10% dividend on Claim # 16, Ref: | 7100-000 | | 5,349.45 | 66,110.46 |
| 12/01/10 | 10121 | CHB Uptown Properties, LLC | 0.10% dividend on Claim # 17, Ref: | 7100-000 | | 5,349.45 | 60,761.01 |
| 12/01/10 | 10122 | Vermont Academy | 0.10% dividend on Claim # 18, Ref: | 7100-000 | | 8.75 | 60,752.26 |
| 12/01/10 | 10123 | Flying Food Fare, Inc., as assignee of RBS Citizens | 0.10% dividend on Claim # 19, Ref: 800-0001-2637197-9003 | 7100-000 | | 6,775.81 | 53,976.45 |
| 12/01/10 | 10124 | Alfred N. Koplin | 0.10% dividend on Claim # 20, Ref: | 7100-000 | | 4,866.19 | 49,110.26 |
| 12/01/10 | 10125 | DLA Piper LLP (US) | 0.10% dividend on Claim # 21, Ref: | 7100-000 | | 72.11 | 49,038.15 |

Subtotals :   $91,459.29   $42,421.14

{} Asset reference(s)

Printed: 03/02/2011 06:56 AM    V.12.56

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 08-33872 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | MAHRU, DANIEL S | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******66-66 - Checking Account |
| Taxpayer ID #: | **-***1873 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/02/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/01/10 | 10126 | Inland Bank and Trust | 0.10% dividend on Claim # 22, Ref: | 7100-000 | | 611.31 | 48,426.84 |
| 12/01/10 | 10127 | Semir D. Sirazi | 0.10% dividend on Claim # 23, Ref: | 7100-000 | | 40,629.44 | 7,797.40 |
| 12/01/10 | 10128 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 7,797.40 | 0.00 |
| | | | Dividend paid 100.00%   7,795.13<br>on $7,795.13;  Claim# A;<br>Filed: $7,795.35 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   2.27<br>on $2.27;  Claim# ; Filed:<br>$2.27 | 2200-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 91,459.29 | 91,459.29 | $0.00 |
| Less: Bank Transfers | | 91,459.29 | 0.00 | |
| Subtotal | | 0.00 | 91,459.29 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $91,459.29 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TIA # ***-*****66-19 | 15.04 | 0.00 | 0.00 |
| MMA # ***-*****66-65 | 66,606.45 | 0.00 | 0.00 |
| Checking # ***-*****66-66 | 0.00 | 57.74 | 0.00 |
| MMA # 9200-******66-65 | 24,895.54 | 0.00 | 0.00 |
| Checking # 9200-******66-66 | 0.00 | 91,459.29 | 0.00 |
| | $91,517.03 | $91,517.03 | $0.00 |

{} Asset reference(s)

Printed: 03/02/2011 06:56 AM   V.12.56